IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRUCE SARGENT**  **PLAINTIFF**

**VS.  CASE NO. 4:03CV00255 JMM**

**FARMERS INSURANCE EXCHANGE, ET AL.**  **DEFENDANTS**

**ORDER**

Plaintiff has filed a second motion *in limine* in anticipation of trial seeking to limit reference to plaintiff's alleged "poor job performance." Plaintiff contends that because defendants' stated reasons[1] for plaintiff's termination did not include "poor job performance," defendants should not be allowed to present any performance evidence.

The motion is denied because whether plaintiff was terminated for "poor job performance" relates to defendants' defense that plaintiff was terminated for a non-discriminatory legitimate reason (#65).

IT IS SO ORDERED this 14th day of July, 2005.

James M. Moody
United States District Judge

---

[1] Plaintiff contends that defendants' stated reasons for his terminated are that it was based upon (1) the "no cause" three months written notice provision of his employment contract; (2) "other" reasons; and (3) his having "entered another business."