IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRUCE SARGENT                                                                                                          Plaintiff

vs.                                                            4:03-CV-255 JMM

FARMERS INSURANCE COMPANY, INC., ET AL                                              Defendants

## ORDER

On July 27, 2005, the jury heretofore empaneled on July 25, 2005, for the trial of this cause, having heard and seen the evidence presented and having had the benefit of the arguments of counsel, retired for deliberation.  On July 28, 2005, the jury reported that it was hopelessly deadlocked and unable to reach a verdict.  After inquiry, the Court was of the opinion that further deliberation would be fruitless.

IT IS THEREFORE ORDERED AND ADJUDGED that a mistrial be, and it is hereby, declared as to the claims in the complaint against Farmers Insurance Company, Inc., et al  and the empaneled jury is discharged from further consideration thereof.

Dated this 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE